UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLGA L. PIERCEALL, et al., | |
| Petitioners, | Case No. C18-439-RSM-MAT |
| v. | MINUTE ORDER |
| KIRSTJEN NIELSON, et al., | |
| Respondents. | |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

On March 27, 2018, the Court issued an Order for Return and Status Report, which effected service of petitioners' petition upon respondents and set a briefing schedule for respondents' return memorandum. Dkt. 3. On April 11, 2018, petitioners filed a second amended petition. Dkt. 5.

Respondents' return memorandum shall address petitioners' second amended petition

\\

\\

MINUTE ORDER - 1

instead of the original petition. This Minute Order does not change the briefing schedule established in Docket 3.

Dated this <u>18th</u> day of April, 2018.

<u>William M. McCool</u>
Clerk of Court

By: <u>Paula McNabb</u>
Deputy Clerk

MINUTE ORDER - 2